IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAD WEIDNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CAUSE NO. 06-782-WDS |
| | ) |
| RUSTY CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: January 5, 2007.**


s/ WILLIAM D. STIEHL
DISTRICT JUDGE


Case reassigned to United States District Judge David R. Herndon.  All future pleadings shall bear Case No. 06-782-DRH.