IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAD WEIDNER, an individual,
KAROLIEN WALRAVENS, an
individual,

Plaintiff,

v.

RUSTY CARROLL, an individual,
R2C2, INCORPORATED, a corporation,

Defendant.                                                     No. 06-782--DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants Rusty Carroll and R2C2, Inc.'s motion to continue (Doc. 98). The Defendants ask that the hearing on Plaintiff's motion for permanent injunction currently scheduled for October 20, 2009 be continued as Defendants have just retained new counsel who has not had time to properly review the case and prepare for the hearing. Based on the reasons in the motion, the Court **GRANTS** Defendants' motion to continue (Doc. 98) and **CONTINUES** the motion hearing currently scheduled for October 20, 2009 until **November 19, 2009 at 1:30 p.m.**      **IT IS SO ORDERED.**

Signed this 14th day of September, 2009.

/s/      *David R Herndon*

**Chief Judge**
**United States District Court**