IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHAD WEIDNER, an individual,**
**KAROLIEN WALRAVENS, an individual,**

**Plaintiff,**

**v.**

**RUSTY CARROLL, an individual,**
**R2C2, INC., a corporation,**

**Defendant.**                                             **No. 06-782-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiffs' motion to amend/correct Plaintiffs' reponse to show cause order by interlineation (Doc. 127). Plaintiffs asks that they be allowed to correct the date in the third paragraph of their Response, in which Plaintiffs inaccurately noted that the date through which Defendants are to file and serve evidence of continuing compliance is February 29, 2010 instead of the proper date February 29, 2012. Accordingly, the Court **GRANTS** Plaintiffs' motion to amend Plaintiffs' response by interlineation (Doc. 126) and takes notice that the correct date to which Plaintiffs are referring is February 29, 2012.

**IT IS SO ORDERED.**

Signed this 30th day of March, 2010.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**