IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHAD WEIDNER, an individual,**
**KAROLIEN WALRAVENS, an individual,**

**Plaintiffs,**

**v.**

**RUSTY CARROLL, an individual,**
**R2C2, INC., a corporation,**

**Defendants.**                                              **No. 06-782-DRH**

ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants Rusty Carroll and R2C2 Inc.'s motion for extension of time to file a response to Plaintiffs' motion for damages (Doc. 129). Defendants request an extension up to and until April 19, 2010 in which to file a response.   Plaintiffs do not have any objection to the extension of time.  Based on the reasons in the motion, the Court **GRANTS** Defendants' motion for extension of time (Doc. 129)  Defendants will have up to and including **April 19, 2010** in which to file a response to Plaintiffs' motion for damages (Doc. 125).

**IT IS SO ORDERED.**

Signed this 5th day of April, 2010.

/s/ _David R Herndon_

**Chief Judge**
**United States District Court**