IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHAD WEIDNER, an individual,**
**KAROLIEN WALRAVENS, an individual,**

**Plaintiffs,**

v.

**RUSTY CARROLL, an individual,**
**R2C2, INC., a corporation,**

**Defendants.**                                                  No. 06-782-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is a Joint Motion to Continue Hearing on Damages (Doc. 137) filed by both Plaintiffs and Defendants. The parties ask that the hearing currently scheduled for April 29, 2010 be continued for at least two weeks as the parties are engaged in earnest settlement negotiations regarding all remaining issues in this case. The parties request a continuance so that they can finalize their negotiations and submit a settlement agreement. Based on the reasons in the motion, the Court **GRANTS** the joint motion to continue hearing on damages (Doc. 137). The Court **CONTINUES** the motion hearing currently scheduled for April 29, 2010 until **May 13, 2010 at 9:30 a.m.**

  **IT IS SO ORDERED.** Signed this 28th day of April, 2010.

/s/   David R. Herndon

**Chief Judge**
**United States District Court**