IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHAD WEIDNER, et al.,**

**Plaintiffs,**

**v.**

**RUSTY CARROLL, et al.,**

**Defendants.**                                                               **No. 06-782-DRH**

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CONSENT JUDGMENT

**HERNDON, Chief Judge:**

Plaintiffs Chad Weidner and Karolien Walravens ("Plaintiffs"), on behalf of themselves and a class of individuals similarly situated, and Defendants Rusty Carroll and R2C2, Inc. (collectively, the "Parties'), filed a Joint Motion for Final Approval of Class Action Settlement and Entry of Final Judgment and Permanent Injunction by Consent (Doc. 151) on January 5, 2011.  The Court finds pursuant to **Rule 23(e)** of the **FEDERAL RULES OF CIVIL PROCEDURE** that notice was directed in a "reasonable manner" to all class members bound by the proposal, that after conducting a hearing on the matter, the settlement is "fair, reasonable, and adequate," and that the parties have filed a statement (Doc. 151) identifying any agreement made in connection with the proposed settlement.  Having considered that, along with the moving papers, hearing no objections to said settlement and

the proposed Settlement and Consent Judgment attached thereto, and finding good cause to exist, the Court hereby **ORDERS** as follows:

    (a)    The Parties' Joint Motion for Final Approval of Class Action Settlement and Entry of Final Judgment and Permanent Injunction by Consent is **GRANTED**; and

    (b)    The Court adopts and enters the parties' proposed Settlement Agreement and enters the Final Judgment and Permanent Injunction by Consent, and dismisses this action pursuant to the terms set forth therein.

**IT IS SO ORDERED.**

Signed this 20th day of January, 2011.

David R. Herndon
2011.01.20 15:11:58
-06'00'

**Chief Judge**
**United States District Court**